No. 1753, Misc. ALI, AKA CLAY, ET AL. *v.* CONNALLY ET AL., U. S. DISTRICT JUDGES. D. C. S. D. Tex. Motion for leave to file petition for writ of prohibition denied. *Hayden C. Covington* on the motion. *Solicitor General Marshall* for the United States in opposition.

No. 1517, Misc. O'BRYAN *v.* CHANDLER, U. S. DISTRICT JUDGE. Motion to dispense with printing petition granted. Motion for leave to file petition for writ of prohibition and/or mandamus denied. *Harvey L. Davis* on the motions. *Carl L. Shipley* for respondent.

No. 181. GROSSO *v.* UNITED STATES. C. A. 3d Cir. (Certiorari granted, 385 U. S. 810.) The case is restored to the docket for reargument at the 1967 Term. In their briefs and oral arguments, counsel are requested to discuss, in addition to the questions previously presented, the following:

(1) What relevance, if any, has the required records doctrine, *Shapiro* v. *United States*, 335 U. S. 1, to the validity under the Fifth Amendment of the obligation to pay the wagering excise tax imposed by 26 U. S. C. § 4401?

(2) Is satisfaction of an obligation to pay a wagering excise tax imposed by 26 U. S. C. § 4401 conditioned upon the filing of a return required under 26 U. S. C. § 6011 and pertinent regulations? If it is not, what information, if any, must accompany the payment of a wagering excise tax obligation in order to extinguish the taxpayer's liability for that obligation?

No. 1022. GINSBERG *v.* NEW YORK. Appeal from App. Term, Sup. Ct. N. Y., 2d Jud. Dept. Probable jurisdiction noted and case set for oral argument immediately following Nos. 1109 and 1155. *Emanuel Redfield* for appellant. *William Cahn* for appellee.